IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| JANE DOE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Intervenor | ) | |
| | ) | |
| v. | ) | NO. 11-cv-01999-JNE-SER |
| | ) | |
| ANOKA-HENNEPIN SCHOOL DISTRICT NO. 11, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| E.R., by her next friend and parent, Quana Hollie; | ) | NO. 11-cv-02282-JNE-SER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Intervenor | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ANOKA-HENNEPIN SCHOOL DISTRICT NO. 11, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO APPROVE PROPOSED CONSENT DECREE

Plaintiffs JANE DOE, *et al.*, and E.R., Defendants, the Anoka-Hennepin School District, its School Board, and certain officials named in the complaints, and the United States of America ("United States"), applicant for intervention, by their attorneys, jointly move the Court for an order approving the proposed consent decree filed concurrently with this Motion. The Motion is based upon the supporting memoranda of law, the entire file, and proceedings herein.

Respectfully submitted,

(Signature Pages to Follow)

Dated: March 5, 2012

**FOR THE UNITED STATES OF AMERICA:**

| | |
|---|---|
| B. TODD JONES | THOMAS E. PEREZ |
| United States Attorney | Assistant Attorney General |
| District of Minnesota | Civil Rights Division |
| United States Department of Justice | United States Department of Justice |
| | |
| GREGORY G. BROOKER, #166066 | ANURIMA BHARGAVA, Chief |
| ANA H. VOSS, #483656 | KATHLEEN S. DEVINE, Senior Counsel |
| Assistant United States Attorneys | Civil Rights Division |
| United States Attorney's Office | Educational Opportunities Section |
| District of Minnesota | |
| 600 United States Courthouse | |
| 300 South Fourth Street | s/ Torey B. Cummings |
| Minneapolis, MN 55415 | TOREY B. CUMMINGS |
| Tel: 612-664-5600 | (*admitted pro hac vice*) |
| greg.brooker@usdoj.gov | TAMICA H. DANIEL |
| anna.voss@usdoj.gov | (*admitted pro hac vice*) |
| | Trial Attorneys |
| | U.S. Department of Justice |
| | Civil Rights Division |
| | Educational Opportunities Section |
| OFFICE FOR CIVIL RIGHTS | 950 Pennsylvania Avenue, NW |
| OFFICE OF THE GENERAL COUNSEL | Washington, D.C. 20530 |
| | Tel: 202-305-4204 |
| U.S. Department of Education | torey.cummings@usdoj.gov |
| Of Counsel | tamica.daniel@usdoj.gov |

Dated: <u>March 5, 2012</u>              **FAEGRE BAKER DANIELS LLP**

<u>s/ Michael A. Ponto</u>
Michael A. Ponto, #203944
Martin S. Chester, #031514X
Christopher H. Dolan, #0386484
Zack L. Stephenson, #0391533
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
mponto@faegrebd.com
mchester@faegrebd.com
cdolan@faegrebd.com
zstephenson@faegrebd.com
(612) 766-7000

SOUTHERN POVERTY LAW CENTER
Mary Bauer (*admitted pro hac vice*)
Christine P. Sun (*admitted pro hac vice*)
Samuel Wolfe (*admitted pro hac vice*)
mary.bauer@splcenter.org
christine.sun@splcenter.org
sam.wolf@splcenter.org
400 Washington Avenue
Montgomery, AL 36104
(334) 956-8200

NATIONAL CENTER FOR LESBIAN RIGHTS
Christopher Stoll (*admitted pro hac vice*)
cstoll@nclrights.org
870 Market Street, Suite 370
San Francisco, CA 94102
(415) 365-1335

*Attorneys for Plaintiffs Jane Doe; K.R., By His Next Friends and Parents, Rebecca Rooker and Jim Rooker; D.F., By His Next Friends and Parents, Burnetta Frei and Jeffrey Frei; B.G., By Her Next Friend and Parent, Marty Geldert and D.M.-B., By His Next Friends and Parents Michael McGee And Jason Backes*

Dated: <u>March 5, 2012</u>    **CULBERTH & LIENEMANN, LLP**

<u>s/ Celeste E. Culberth</u>
Celeste E. Culberth, Reg. No. 228187
Leslie E. Lienemann, Reg. No. 230194
1050 UBS Plaza
444 Cedar Street
St. Paul, MN 55101
cculberth@clslawyers.com
llienemann@clslawyers.com
(651) 290-9305

**NATIONAL CENTER FOR LESBIAN RIGHTS**
Christopher Stoll (*admitted pro hac vice*)
870 Market Street, Suite 370
San Francisco, CA 94102
cstoll@nclrights.org
iturner@nclrights.org
(415) 365-1335

*Attorneys for Plaintiff E.R., By Her Next Friend and Parent, Quana Hollie*

Dated: <u>March 5, 2012</u>                              **GREENE ESPEL P.L.L.P.**

<u>s/ Jeanette M. Bazis</u>
John M. Baker, Reg. No. 174403
Jeanette M. Bazis, Reg. No. 255646
Mark L. Johnson, Reg. No. 0345520
Kathleen K. Statler, Reg. No. 161809
Sybil L. Dunlop, Reg. No. 0390186
200 South Sixth Street, Suite 1200
Minneapolis, MN 55402
jbaker@greeneespel.com
jbazis@greeneespel.com
mjohnson@greeneespel.com
kstatler@greeneespel.com
sdunlop@greeneespel.com
(612) 373-0830
*Attorneys for Defendants*