IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| JANE DOE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Intervenor | ) | |
| | ) | |
| v. | ) | NO. 11-cv-01999-JNE-SER |
| | ) | |
| ANOKA-HENNEPIN SCHOOL | ) | |
| DISTRICT NO. 11, et al., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| and | ) | |
| | | |
| | | |
| E.R., by her next friend and parent, | ) | |
| Quana Hollie; | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Intervenor | ) | |
| | ) | |
| v. | ) | NO. 11-cv-02282-JNE-SER |
| | ) | |
| ANOKA-HENNEPIN SCHOOL | ) | |
| DISTRICT NO. 11, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**FINDINGS AND ORDER APPROVING THE SETTLEMENT OF CLAIMS OF
MINOR PLAINTIFF B.G.**

The Court, having fully considered the Petition and attached exhibits, the files and records in this case, and the arguments of counsel, now makes the following findings and order.

## FINDINGS

1. The Court finds that the settlement provided for in the Consent Decree (Dkt. 79), is fair, reasonable and in the best interest of Minor Plaintiff B.G.

## ACCORDINGLY, IT IS HEREBY ORDERED that:

1. Settlement of the claims of Minor Plaintiff B.G., by her next friends and parents, Marty Geldert and Michael Geldert, as detailed in the Consent Decree (Dkt. 79), is **APPROVED**.

2. The Petition for Approval of Settlement of Claims of Minor Plaintiff B.G. (Dkt. 81) is **APPROVED**.

3. Payment on behalf of Minor Plaintiff B.G. shall be distributed as outlined in the above-mentioned Petition (Dkt. No. 81).

Dated:  3-20-2012

s/  Joan N. Ericksen
Honorable Joan N. Ericksen
United States District Judge
United States District Court
for the District of Minnesota