IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| JANE DOE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Intervenor | ) | |
| | ) | |
| v. | ) | NO. 11-cv-01999-JNE-SER |
| | ) | |
| ANOKA-HENNEPIN SCHOOL DISTRICT NO. 11, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| and | ) | |
| | | |
| E.R., by her next friend and parent, Quana Hollie; | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Intervenor | ) | |
| | ) | |
| v. | ) | NO. 11-cv-02282-JNE-SER |
| | ) | |
| ANOKA-HENNEPIN SCHOOL DISTRICT NO. 11, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**FINDINGS AND ORDER APPROVING THE SETTLEMENT OF CLAIMS OF MINOR PLAINTIFF D.F.**

The Court, having fully considered the Petition and attached exhibits, the files and records in this case, and the arguments of counsel, now makes the following findings and order.

### FINDINGS

1. The Court finds that the settlement provided for in the Consent Decree (Dkt. 79), is fair, reasonable and in the best interest of Minor Plaintiff D.F.

**ACCORDINGLY, IT IS HEREBY ORDERED** that:

1. Settlement of the claims of Minor Plaintiff D.F., by his next friends and parents, Burnetta Frei and Jeffrey Frei, as detailed in the Consent Decree (Dkt. 79), is **APPROVED**.

2. The Petition for Approval of Settlement of Claims of Minor Plaintiff D.F. (Dkt. 82) is **APPROVED**.

3. Payment on behalf of Minor Plaintiff D.F. shall be distributed as outlined in the above-mentioned Petition (Dkt. No. 82).

Dated: 3-20-2012

s/ Joan N. Ericksen
Honorable Joan N. Ericksen
United States District Judge
United States District Court
for the District of Minnesota