IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JANE DOE, et al., | ) |
| Plaintiffs, | ) |
| and | ) |
| UNITED STATES OF AMERICA, | ) |
| Plaintiff-Intervenor | ) |
| v. | ) NO. 11-cv-01999-JNE-SER |
| ANOKA-HENNEPIN SCHOOL DISTRICT NO. 11, et al., | ) |
| Defendant. | ) |
| and | ) |
| E.R., by her next friend and parent, Quana Hollie; | ) |
| Plaintiff, | ) |
| and | ) |
| UNITED STATES OF AMERICA, | ) |
| Plaintiff-Intervenor | ) |
| v. | ) NO. 11-cv-02282-JNE-SER |
| ANOKA-HENNEPIN SCHOOL DISTRICT NO. 11, et al., | ) |
| Defendants. | ) |

**FINDINGS AND ORDER APPROVING THE SETTLEMENT OF CLAIMS OF MINOR PLAINTIFF D.M.-B.**

The Court, having fully considered the Petition and attached exhibits, the files and records in this case, and the arguments of counsel, now makes the following findings and order.

### FINDINGS

1. The Court finds that the settlement provided for in the Consent Decree (Dkt. 79), is fair, reasonable and in the best interest of Minor Plaintiff D.M.-B.

**ACCORDINGLY, IT IS HEREBY ORDERED** that:

1. Settlement of the claims of Minor Plaintiff D.M.-B., by his next friends and parents, Michael McGee and Jason Backes, as detailed in the Consent Decree (Dkt. 79), is **APPROVED**.

2. The Petition for Approval of Settlement of Claims of Minor Plaintiff D.M.-B. (Dkt. 83) is **APPROVED**.

3. Payment on behalf of Minor Plaintiff D.M.-B. shall be distributed as outlined in the above-mentioned Petition (Dkt. No. 83).

Dated: 3-12-2012              s/ Joan N. Ericksen
                              Honorable Joan N. Ericksen
                              United States District Judge
                              United States District Court
                              for the District of Minnesota