IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |  |
|---|---|---|
| JANE DOE, et al., | ) | |
|         Plaintiffs, | ) | |
| and | ) | |
| UNITED STATES OF AMERICA, | ) | |
|         Plaintiff-Intervenor | ) | |
| v. | ) | NO. 11-cv-01999-JNE-SER |
| ANOKA-HENNEPIN SCHOOL DISTRICT NO. 11, et al., | ) | |
|         Defendant. | ) | |
| and | ) | |
| E.R., by her next friend and parent, Quana Hollie; | ) | |
|         Plaintiff, | ) | |
| and | ) | |
| UNITED STATES OF AMERICA, | ) | |
|         Plaintiff-Intervenor | ) | |
| v. | ) | NO. 11-cv-02282-JNE-SER |
| ANOKA-HENNEPIN SCHOOL DISTRICT NO. 11, et al., | ) | |
|         Defendants. | ) | |

**<u>FINDINGS AND ORDER APPROVING THE SETTLEMENT OF CLAIMS OF MINOR PLAINTIFF K.R.</u>**

The Court, having fully considered the Petition and attached exhibits, the files and records in this case, and the arguments of counsel, now makes the following findings and order.

### FINDINGS

1. The Court finds that the settlement provided for in the Consent Decree (Dkt. 79), is fair, reasonable and in the best interest of Minor Plaintiff K.R.

**ACCORDINGLY, IT IS HEREBY ORDERED** that:

1. Settlement of the claims of Minor Plaintiff K.R., by his next friends and parents, Rebecca Rooker and Jim Rooker, as detailed in the Consent Decree (Dkt. 79), is **APPROVED**.

2. The Petition for Approval of Settlement of Claims of Minor Plaintiff K.R. (Dkt. 84) is **APPROVED**.

3. Payment on behalf of Minor Plaintiff K.R. shall be distributed as outlined in the above-mentioned Petition (Dkt. No. 84).

Dated:  3-20-2012                                s/ Joan N. Ericksen
                                                 Honorable Joan N. Ericksen
                                                 United States District Judge
                                                 United States District Court
                                                 for the District of Minnesota